

**NUMBER 13-19-00260-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF A.A.A. AND J.L.A. JR., CHILDREN

---

**On appeal from the 343rd District Court
of Bee County, Texas.**

---

## ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam**

This cause is currently before the Court on Appellant's Motion for Leave to File Amended Brief. The clerk's record was filed on September 9, 2019. On October 11, 2019, this Court notified Appellant by letter that no reporter's record exists and appellant's brief was due on or before November 12, 2019. Subsequently, appellant filed his original brief and then his first amended brief along with this Motion for Leave. On January 6, 2020,

this Court notified appellant that his amended brief was not in compliance with Tex. R. App. P. 38.1(k) and 9.4(h).

The Court GRANTS appellant's motion for leave to file the brief and ORDERS the appellant to file an amended brief on or before March 2, 2020. No further extensions will be granted absent exigent circumstances. If appellant fails to file an amended brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Delivered and filed the
30th day of January, 2020.